# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, a Florida non-profit Corporation and DENISE PAYNE, Individually,<br>      Plaintiffs,<br><br>v.<br><br>BURLINGTON COAT FACTORY WAREHOUSE OF RALEIGH, INC., and BURLINGTON COAT FACTORY WAREHOUSE OF NORTH CAROLINA, LLC,<br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:10-CV-435-F** |

**Decision by Court.**

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss is ALLOWED and Plaintiffs' claims are DISMISSED. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 24, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


Jacqueline Yvonne London (via CM/ECF Notice of Electronic Filing)

Charles Michael Wilson (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>May 24, 2011</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | <u> /s/ Susan K. Edwards </u> |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |